HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
LINDA C. ALLISON, #179741
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorneys for Defendant
ANAMARIA CRUCERU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-0235-TLN-2 |
|---|---|---|
| Plaintiff, | ) | **APPLICATION FOR AND ORDER APPOINTING COUNSEL AND DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | ) | |
| ANAMARIA CRUCERU, | ) | |
| Defendant. | ) | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Jerome Price, Assistant Federal Defender, and Linda C. Allison, Chief Assistant Defender, hereby request to be appointed as counsel and co-counsel of record for defendant, Anamaria Cruceru. The defendant has indicated she is indigent and requests the assistance of the Federal Defender's Office. The Federal Defender's Office has received a financial affidavit that indicates she qualifies for appointed counsel and respectfully requests appointment to represent Ms. Crucero.

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for ANAMARIA CRUCERU, and designate counsel for service as follows:

///

///

Application and Order Appointing Counsel

JEROME PRICE
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

LINDA C. ALLISON
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

I hereby certify that I am an attorney admitted to practice in this Court.

Dated:  June 13, 2016                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/  Jerome Price*
                                            JEROME PRICE
                                            Assistant Federal Defender
                                            Attorney for Defendant

                                            */s/  Linda C. Allison*
                                            LINDA C. ALLISON
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant

**<u>ORDER</u>**

Having satisfied the Court that she is unable to employ counsel, the court hereby appoints the Federal Defender's Office to represent defendant Anamaria Cruceru, through Jerome Price, Assistant Federal Defender, as lead counsel and Linda C. Allison, Chief Assistant Federal Defender, as co-counsel, pursuant to 18 U.S.C. § 3006A.

Dated: June 13, 2016

Troy L. Nunley
United States District Judge