1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TODD A. PICKLES
   MICHAEL M. BECKWITH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:15-CR-235 TLN
12 |                        Plaintiff,  | UNITED STATES' REQUEST TO WITHDRAW
   |                                    | THE WARRANT AND TO ISSUE A NOTICE OF
13 |                v.                  | APPEARANCE; ORDER
14 | DUMITRU MARTIN, *et al*.
15 |                        Defendants.

16

17       TO THE HONORABLE EDMUND F. BRENNAN:

18       On December 18, 2015, the Grand Jury returned an indictment charging, among others,

19 Anamaria Cruceru, of one count of conspiracy to commit bribery, violation of 18 U.S.C. § 371, and one

20 count of bribery of a public official, in violation of 18 U.S.C. § 201. Arrest warrants were issued for

21 Ms. Cruceru, who, heretofore, resided in the country of Romania. The United States has been informed

22 that Ms. Cruceru has voluntarily traveled to the United States in order to respond to the criminal

23 allegations set forth against them in the Indictment in the above captioned case and desires to make her

24 initial appearance before this Court as soon as possible.

25       Accordingly, based on this information, the United States hereby respectfully requests that the

26 arrest warrant issued for Ms. Cruceru in this case be recalled immediately and that a notice to appear be

27 issued forthwith commanding the appearance of Ms. Cruceru arraignment on Monday, August 15, 2016

28 at 2:00 p.m. before this Honorable Court.


                    Respectfully submitted,

Dated:  August 15, 2016
                    PHILLIP A. TALBERT
                    Acting United States Attorney

                  By:  */s/ Todd A. Pickles*
                      TODD A. PICKLES
                      MICHAEL M. BECKWITH
                      Assistant United States Attorneys

### **ORDER**

For the reasons stated above, and good cause showing, the Court hereby ORDERS that the arrest warrant for Anamaria Cruceru is RECALLED IMMEDIATELY and that a notice to appear shall BE ISSUED FORTHWITH ordering Ms. Cruceru to appear for arraignment on the Indictment on August 15, 2016, at 2:00 p.m., before this Court.  The Clerk is directed to immediately personally serve a copy of this order on the U.S. Marshal.

IT IS SO ORDERED.

DATED:  August 15, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE