HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANAMARIA CRUCERU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00235-TLN-2 |
| Plaintiff, | **ORDER RELEASING PASSPORTS TO DEFENDANT** |
| vs. | |
| ANAMARIA CRUCERU, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

Upon review and consideration of Defendant's Motion to Modify Conditions of Pretrial Release [ECF No. 175], the Court GRANTS the motion, in part, as stated on the record during the hearing on September 15, 2016, and hereby orders the Clerk of the Court to release the defendant's passports [ECF Nos. 132 and 133] to the defendant, Anamaria Cruceru, for purposes of her approved international travel to Romania.

IT IS SO ORDERED.

Dated: September 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE