1    PHILLIP A. TALBERT
     Acting United States Attorney
2    TODD A. PICKLES
     MICHAEL M. BECKWITH
3    Assistant United States Attorneys
     501 I Street, Suite 10-100
4    Sacramento, CA 95814
     Telephone:  (916) 554-2700
5    Facsimile:  (916) 554-2900

6    Attorneys for Plaintiff
     United States of America
7

8

             IN THE UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,         CASE NO.  2:15-CR-00235 TLN

12                   Plaintiff,    STIPULATION TO CONTINUE JUDGMENT AND
                          SENTENCING HEARING;  ORDER REQUIRING
13               v.           APPEARANCE OF DEFENDANTS

14   MARCELLE BANAGA;
     ANAMARIA CRUCERU; and
15   CONSTANTIN SCHILLER,

16                Defendants.

17

18                        **STIPULATION**

19         Plaintiff United States of America, by and through its counsel of record, and defendants Marcelle

20   Banaga, Constantin Schiller, and Anamaria Cruceru, by and through defendant's counsel of record,

21   hereby stipulate as follows:

22         1.      By previous order, the judgment and sentencing hearings for Mr. Banaga, Mr. Schiller,

23   and Ms. Cruceru were set for September 29, 2016, October 13, 2016, and November 10, 2016,

24   respectively.

25         2.      By this stipulation, the parties jointly request that the judgment and sentencing hearings

26   in this matter be continued to February 23, 2017 at 9:30 a.m., and that the dates for preparation of the

27   presentence investigation report, informal and formal objections, and the sentencing memoranda be reset

28   based on the sentencing date of February 23, 2017.

3.     Additionally, defendants Mr. Banaga, Mr. Schiller, and Ms. Cruceru each expressly agree that they will appear before the Court on the date of February 23, 2017, and acknowledge that their failure to appear on that date may result in their immediate incarceration, that the United States may file additional charges for their failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

4.     Counsel for the defense agree that they will have this stipulation and proposed order read or translated to their clients in their own language, and will provide a copy of the Court's order to their clients and directly inform them upon entry of the Court's order.

IT IS SO STIPULATED AND REQUESTED.

Dated:  September 26, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ Todd A. Pickles
                                              TODD A. PICKLES
                                              MICHAEL M. BECKWITH
                                              Assistant United States Attorneys


Dated:  September 26, 2016                    /s/ Alin Cintean
                                              ALIN CINTEAN
                                              Counsel for Defendant
                                              MARCELLE BANAGA


Dated:  September 26, 2016                    /s/ Richard Dudek
                                              RICHARD DUDEK
                                              Counsel for Defendant
                                              CONSTANTIN SCHILLER

Dated:  September 26, 2016                    HEATHER WILLIAMS
                                              Federal Public Defender

                                              /s/ Jerome Price
                                              LINDA ALLISON
                                              JEROME PRICE
                                              Assistant Federal Defenders

I have read this stipulation, or have had it read to me in my own language, and agree to each of the foregoing statements:

Dated:  9/26/2016                                    __/s/_____
                                                                   MARCELLE BANAGA

Dated:  9/26/2016                                    __/s/_____
                                                                   CONSTANTIN SCHILLER

Dated:                                                    __/s/_____
                                                                   ANAMARIA CRUCERU


## ORDER

         This matter came before the Court on the parties' stipulation to request a continuance of the judgment and sentencing hearing for defendants Marcelle Banaga, Constantin Schiller, and Anamaria Cruceru.  For the reasons stated above, and good cause showing, the Court GRANTS the parties' request and CONTINUES the judgment and sentencing hearing to February 23, 2017 at 9:30 a.m.  The dates for the preparation of the presentence investigation report, informal and formal objections, and sentencing memoranda are RESET based on the sentencing date of February 23, 2017.

         IT IS FURTHER ORDERED THAT defendants Banaga, Schiller, and Cruceru each shall personally appear on February 23, 2017 at 9:30 a.m. in this Court.

         IT IS SO FOUND AND ORDERED this 29th day of September, 2016.


                                                                   _____
                                                                   Troy L. Nunley
                                                                   United States District Judge

STIPULATION TO CONTINUE JUDGMENT AND
SENTENCING; ORDER

3