HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANAMARIA CRUCERU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUMITRU MARTIN et al.,<br><br>    Defendants. | Case No. 2:15-cr-00235-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**<br><br>Date: May 11, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Michael M. Beckwith and Todd A. Pickles, Assistant United States Attorneys, counsel for Plaintiff, Richard T. Dudek, attorney for Constantin Schiller, Alin Cintean, attorney for Marcelle Banaga, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Anamaria Cruceru, that the sentencing hearing **be continued to July 20, 2017**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Informal Objections Due to Probation and Opposing Counsel no later than: | 6/22/2017 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 6/29/2017 |

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 7/6/2017 |
| Reply or statement of non-opposition: | 7/13/2017 |
| Judgment and Sentencing Date: | 7/20/2017 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence and draft pleadings in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 21, 2017

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ANAMARIA CRUCERU

Date: April 21, 2017

*/s/ Richard T. Dudek*
RICHARD T. DUDEK
Attorney for Defendant
CONSTANTIN SCHILLER

Date: April 21, 2017

*/s/ Alin Cintean*
ALIN CINTEAN
Attorney for Defendant
MARCELLE BANAGA

Date: April 21, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders any informal objections due on June 22, 2017, the final Pre-Sentence Report disclosed on June 29, 2017, any formal objections due on July 6, 2017, any replies due on July 13, 2017, and the sentencing hearing reset for July 20, 2017 at 9:30 a.m. before Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
Troy L. Nunley
United States District Judge