HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANAMARIA CRUCERU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00235-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| ANAMARIA CRUCERU, | Date: October 19, 2017
Time: 9:30 a.m.
Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Anamaria Cruceru, that the sentencing hearing **may be continued to November 30, 2017**.

Defense counsel requests a continuance on Ms. Cruceru's behalf to allow her time to attend to her mother, who is undergoing aggressive radiotherapy, after a Stage 3 cancer diagnosis in June 2017. Ms. Cruceru's mother is scheduled for 28-days of out-patient treatment in Bucharest and requires around-the-clock assistance to eat, bathe, clothe herself, and complete other everyday tasks while she completes treatment. Probation is aware of this stipulation and does not oppose the request.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 27, 2017

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ANAMARIA CRUCERU

Date: September 27, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
TODD A. PICKLES
Assistant U.S. Attorneys
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the sentencing hearing to be reset to November 30, 2017 at 9:30 a.m. before Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: September 27, 2017

Troy L. Nunley
United States District Judge