McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00235 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER REQUIRING APPEARANCE OF DEFENDANTS |
| v. | |
| ANAMARIA CRUCERU; and CONSTANTIN SCHILLER, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Constantin Schiller, and Anamaria Cruceru, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the judgment and sentencing hearings for defendants Schiller and Cruceru were set for May 10, 2018.

2. By this stipulation, the parties jointly request that the judgment and sentencing hearings for defendants Schiller and Cruceru be continued to June 14, 2018 at 9:30 a.m., and that the dates for preparation of the presentence investigation report, informal and formal objections, and the sentencing memoranda be reset based on the sentencing date of June 14, 2018.

3. Additionally, defendants Schiller and Cruceru each expressly agree that they will appear before the Court on the date of June 14, 2018, and acknowledge that their failure to appear on that date
STIPULATION TO CONTINUE JUDGMENT AND
SENTENCING; ORDER
1

may result in their immediate incarceration, that the United States may file additional charges for their failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

    4.    Counsel for the defense agree that they will have this stipulation and proposed order read or translated to their clients in their own language, and will provide a copy of the Court's order to their clients and directly inform them upon entry of the Court's order.

IT IS SO STIPULATED AND REQUESTED.

| | |
|---|---|
| Dated: May 2, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>MICHAEL M. BECKWITH<br>Assistant United States Attorneys |
| Dated: May 2, 2018 | */s/ Richard Dudek*<br>RICHARD DUDEK<br>Counsel for Defendant<br>CONSTANTIN SCHILLER |
| Dated: May 2, 2018 | HEATHER WILLIAMS<br>Federal Public Defender |
| | */s/ Jerome Price*<br>LINDA ALLISON<br>JEROME PRICE<br>Assistant Federal Defenders |

**ORDER**

This matter came before the Court on the parties' stipulation to request a continuance of the judgment and sentencing hearing for defendants Constantin Schiller and Anamaria Cruceru. For the reasons stated above, and good cause showing, the Court GRANTS the parties' request and CONTINUES the judgment and sentencing hearing to June 14, 2018 at 9:30 a.m. The dates for the preparation of the presentence investigation report, informal and formal objections, and sentencing memoranda are RESET based on the sentencing date of June 14, 2018.

IT IS FURTHER ORDERED THAT defendants Schiller and Cruceru each shall personally appear on June 14, 2018 at 9:30 a.m. in this Court.

IT IS SO FOUND AND ORDERED this 2nd day of May, 2018.

_____
Troy L. Nunley
United States District Judge