McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANAMARIA CRUCERU,<br><br>Defendant. | CASE NO. 2:15-CR-00235 TLN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER REQUIRING APPEARANCE OF DEFENDANT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Anamaria Cruceru, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the judgment and sentencing hearings for Cruceru was set for August 23, 2018.

2. By this stipulation, the parties jointly request that the judgment and sentencing hearing for Cruceru be continued to November 15, 2018 at 9:30 a.m., and that the dates for preparation of the presentence investigation report, informal and formal objections, and the sentencing memoranda be reset based on the sentencing date of November 15, 2018. The continuance is necessary because Cruceru's mother is gravely ill in Romania and Cruceru needs to remain in that country and be present to settle the affairs of her mother's estate.

STIPULATION TO CONTINUE JUDGMENT AND
SENTENCING; ORDER

1

3. Additionally, Cruceru expressly agrees that she will appear before the Court on the date of November 8, 2018, and acknowledges that her failure to appear on that date may result in her immediate incarceration, that the United States may file additional charges for her failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

4. Counsel for the defense agrees that he will have this stipulation and proposed order read or translated to his client in her own language, and will provide a copy of the Court's order to his client and directly inform her upon entry of the Court's order.

IT IS SO STIPULATED AND REQUESTED.

Dated: August 14, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
MICHAEL M. BECKWITH
Assistant United States Attorneys

Dated: August 14, 2018

HEATHER WILLIAMS
Federal Public Defender

*/s/ Jerome Price (as authorized August 14, 2018)*
LINDA ALLISON
JEROME PRICE
Assistant Federal Defenders

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER

# ORDER

This matter came before the Court on the parties' stipulation to request a continuance of the judgment and sentencing hearing for defendant Anamaria Cruceru. For the reasons stated above, and good cause showing, the Court GRANTS the parties' request and CONTINUES the judgment and sentencing hearing to November 15, 2018 at 9:30 a.m. The dates for the preparation of the presentence investigation report, informal and formal objections, and sentencing memoranda are RESET based on the sentencing date of November 15, 2018.

IT IS FURTHER ORDERED THAT defendant Cruceru shall personally appear on November 15, 2018 at 9:30 a.m. in this Court.

IT IS SO FOUND AND ORDERED this 15th day of August, 2018.

_____
Troy L. Nunley
United States District Judge