HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANAMARIA CRUCERU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00235-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING** |
| vs. | |
| ANAMARIA CRUCERU, | Date: November 15, 2017 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Todd A. Pickles, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Anamaria Cruceru, that the sentencing hearing **may be continued to January 31, 2019.**

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing.

///
///
///
///
///
///
//

Stipulation and Order to Continue Judgment and Sentencing  -1-  *U.S. v. Cruceru*, 2:15-cr-00235-TLN

Respectfully submitted,


HEATHER E. WILLIAMS
Federal Defender

Date: October 25, 2018  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ANAMARIA CRUCERU

Date: October 25, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorneys
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the sentencing hearing to be reset to January 31, 2019 at 9:30 a.m. before Judge Troy L. Nunley. The dates for the preparation of the presentence investigation report, informal and formal objections, and sentencing memoranda are RESET based on the sentencing date of January 31, 2019.

IT IS SO ORDERED.

Dated: October 26, 2018

HON. TROY L. NUNLEY
United States District Court Judge