HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANAMARIA CRUCERU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00235-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING** |
| vs. | |
| ANAMARIA CRUCERU AND MARCELLE BANAGA, | Date: January 31, 2019
Time: 9:30 a.m.
Judge: Hon. Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, counsel for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Anamaria Cruceru, and Alin Cintean, counsel for Defendant Marcelle Banaga, that the sentencing hearing **may be continued to June 6, 2019.**

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing.

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 29, 2019

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
ANAMARIA CRUCERU

Date: January 29, 2019

*/s/ Alin Cintean*
ALIN CINTEAN
Attorney for Defendant
MARCELLE BANAGA

Date: January 29, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having read and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation as its order. The Court hereby orders the sentencing hearing to be reset to June 6, 2019 at 9:30 a.m. before Judge Troy L. Nunley. The date for the sentencing memoranda is reset based on the sentencing date of June 6, 2019.

IT IS SO ORDERED.

Dated: January 29, 2019

Troy L. Nunley
United States District Judge