UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>               v.<br><br>ANAMARIA CRUCERU,<br><br>                            Defendant. | No.  2:15-CR-00235-TLN<br><br>**ORDER** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 2 to the Government's Opposition to Defendant's Motion for Compassionate Release Pursuant to U.S.C. § 3582(c)(1)(A), pertaining to Defendant Anamaria Cruceru ("Defendant"), and the Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's request, sealing the Governments's Request and Exhibit 2 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the

Government would be harmed.  In light of the public filing of its notice of request to seal, the Court further finds that there are no additional alternatives to sealing the Government's motion that would adequately protect the compelling interests identified by the Government.

      IT IS SO ORDERED.

DATED:  May 14, 2020

                                  Troy L. Nunley
                                  United States District Judge